## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                                  Case No: 19-mj-5105-ADM
                                                                                                    AUSA: Anthony Mattivi
Jarrett W. Smith                                                                                    Defendant: Tom Bartee

| | | | |
|---|---|---|---|
| **JUDGE:** | James P. O'Hara | **DATE:** | 9/23/19 |
| **DEPUTY CLERK:** | Sarah Spegal | **FTR:** | 1:31 |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | AMANDA HUDSON |

Length of Hearing: 9   Min(s)                                                          Location:   Kansas City, Kansas
Hearing Concluded:        (x) Yes    ( ) No

### PROCEEDINGS

(X)  Initial appearance                ( )  Initial Revocation Hearing       ( )  Bond Hearing
( )  Identity Hearing                  ( )  Held     ( )  Waived             ( )  Bond Revocation Hearing
( )  Preliminary Hearing               ( )  Held     ( )  Waived             ( )  Arraignment
( )  Detention Hearing                 ( )  Held     ( )  Waived
( )  Scheduling Conference             ( )  Held     ( )  Waived

( )  Interpreter                       ( )  Sworn                            ( )  Previously sworn
(X)  Charges and penalties explained to defendant
(X)  Defendant placed under oath
(X)  Counsel appointed-FPD             ( )  At defendant's expense
(X)  Constitutional rights explained   ( )  Felony              ( )  Misdemeanor
( )  Defendant declined to waive indictment  ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under Rule 20
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed      ( )  Plea Agreement Attached
( )  Transferred to:
( )  ARRAIGNMENT AND PLEA:                                                    ( )  No. of Counts:
     ( )  Waived Reading of    ( )  Complaint      ( )  Information           ( )  Read to Defendant
     ( )  Previous Plea        ( )  Guilty         ( )  Not Guilty    Counts:
     ( )  Guilty                                                      Counts:
     ( )  Not Guilty                                                  Counts:

( )  Bail denied                       ( )  Bail fixed at                    ( )  Bail remain at
( )  $                                 ( )  Unsecured                        ( )  Secured
( )  Remain on release                 ( )  Executed                         ( )  Continued in effect
(X)  Deft. remanded to custody         ( )  Pending compliance with conditions of release
(X)  Temporary Detention Ordered

Deft's next appearance:   Preliminary and Detention hearing set September 26, 2019 at 1:30 PM with <u>Judge Angel D. Mitchell in Topeka, Kansas</u>.

Miscellaneous: